UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MEL MARIN,<br><br>    Plaintiff,<br><br>vs.<br><br>BEN PRANG, et al.,<br><br>    Defendant. | Case No. CV 07-5797-JVS (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL** |

The Records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that plaintiff has not filed Notice of Submission of Documents to United States Marshal.

**IT IS HEREBY ORDERED** that plaintiff show cause within **ten (10) days** of the date of this Order why this case should not be dismissed for failure to diligently prosecute, Fed.R.Civ.P. 4(m) and 41(b), or within that same time period, file Notice of Submission of Documents to United States Marshal.

///

///

///

///

1       Failure to timely comply with this Order shall result in the Magistrate
2 Judge recommending the case be dismissed without prejudice pursuant to
3 Federal Rules of Civil Procedure 4(m) and 41(b).

5 DATED: July 6, 2009

                                                                     /s/
                                          JEFFREY W. JOHNSON
                                          United States Magistrate Judge