# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>    Plaintiff,<br><br>    v.<br><br>BEN PRANG, et al.,<br><br>    Defendants. | CASE NO. CV 07-5797-JVS (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that judgment be entered dismissing this action without prejudice.

DATED: August 31, 2009

                                                JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE