# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN, | CASE NO. CV 07-5797-JVS (JEM) |
|      Plaintiff, | **J U D G M E N T** |
|      v. | |
| BEN PRANG | |
|      Defendants. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED:  August 31, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE